**Order entered August 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01497-CV

### IN RE J.H. WALKER, INC. D/B/A J.H. WALKER TRUCKING, Relator

### Original Proceeding from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-00661

## ORDER

Before the Court is the unopposed motion of real parties in interest for a two-day extension of time to file their response to the petition for writ of mandamus. Real parties in interest may file their response on or before August 7, 2015.

/s/     DAVID L. BRIDGES
         JUSTICE